415 A.2d 412

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Victor OGDEN, Appellant.**

Supreme Court of Pennsylvania.

Argued May 19, 1980.

Decided June 18, 1980.

Allen H. Smith, York, for appellant.

John C. Uhler, Dist. Atty., Dorothy Livaditis, Sheryl Ann Dorney, Asst. Dist. Attys., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Judgment of sentence affirmed.